IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-01615-RM-MEH

KELLERIE GANN,

    Plaintiff,

v.

KATMAI GOVERNMENT SERVICES, LLC,
KATMAI INFORMATION TECHNOLOGIES, LLC, and
CORPORATE ALLOCATION SERVICES, INC.,

    Defendants.

___

**ORDER**
___

    This matter is before the Court on the November 30, 2020, Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") (ECF No. 41) to deny Defendants Katmai Government Services, LLC and Corporate Allocation Services, Inc.'s Motion to Dismiss (ECF No. 37). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 41, page 16.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

    The Court concludes that Magistrate Judge Hegarty's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there

is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, accepted and adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1)  ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (ECF No. 41) in its entirety; and

(2)  DENIES the Motion to Dismiss (ECF No. 37).

DATED this 16th day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge